IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FURNACE BROOK, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AÉROPOSTALE, INC., BOSTON )<br>PROPER, INC., DICK'S SPORTING )<br>GOODS, INC., HICKORY FARMS, )<br>INC., LEVI STRAUSS & COMPANY, )<br>NIKE, INC., and THOMAS VILLE )<br>FURNITURE INDUSTRIES, INC. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 09-cv-4310<br>Hon. Virginia M. Kendall<br><br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Aéropostale, Inc., Boston Proper, Inc., Dick's Sporting Goods, Inc., Hickory Farms Inc., NIKE, Inc., Thomasville Furniture Industries, Inc., and Levi Strauss & Company jointly cross-move for summary judgment against Plaintiff, Furnace Brook, LLC, and oppose Furnace Brook LLC's motion for summary judgment. The doctrine of collateral estoppel acts as a complete bar to Plaintiff's infringement claims in this case to which there is no genuine issue of material fact, as more fully explained in Defendants' concurrently filed Motion in Support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: October 23, 2009

/s/ Christopher J. Renk
Christopher J. Renk
Timothy C. Meece
Aseet Patel
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel. 312.463.5000

*Attorneys for Defendant,*
*NIKE, INC.*

/s/ Michael A. Grill
R. David Donoghue
Michael A. Grill
HOLLAND & KNIGHT LLP
131 S. Dearborn, 30th floor
Chicago, IL 60603
Tel. 312.263.3600

*Attorneys for Defendant,*
*BOSTON PROPER, INC.*

/s/ Scott J. Bornstein
Scott J. Bornstein
James J. DeCarlo
Julie P. Bookbinder
GREENBERG TRAURIG, LLP
Metlife Building
200 Park Avenue
New York, NY 10166
Tel. 212.801.9200

/s/ Eric J. Maiers
Eric J. Maiers
GREENBERG TRAURIG, LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601
Tel. 312.456.8400

*Attorneys for Defendants,*

*AÉROPOSTALE, INC., DICK'S SPORTING GOODS, INC. AND LEVI STRAUSS & COMPANY*

/s/ Wab V. Kadaba
Wab V. Kadaba
Russell A. Korn
Tiffany L. Williams
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309-4530
Tel. 404.815.6500

/s/ Robert E. Shapiro
Robert E. Shapiro
Sarah B. Waxman
BARACK, FERRAZZANO, KIRSCHBAUM & NAKELBERG LLP
200 West Madison Street
Suite 3900
Chicago, Illinois 60606
Tel. 312.984.3118

*Attorneys for Defendant,*
*THOMASVILLE FURNITURE INDUSTRIES, INC.*

/s/ Burton S. Ehrlich
Burton S. Ehrlich
John P. Luther
LADAS & PARRY LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
Tel. 312.427.1300

*Attorneys for Defendant,*
*HICKORY FARMS, INC.*